# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

CHARLES EDWARD JONES                    CIVIL ACTION NO. 17-1304-P

VERSUS                                  JUDGE DOUGHTY

ROBERT BOBBY WYCHE, ET AL.              MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**MONROE, LOUISIANA, this 24th day of April, 2018.**

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**